# CASE ANNOUNCEMENTS

*December 4, 2013*

[Cite as *12/04/2013 Case Announcements*, 2013-Ohio-5285.]

## MERIT DECISIONS WITHOUT OPINIONS

**2013–1517. State ex rel. Dudley v. Lucas Cty. Court of Common Pleas.**
In Prohibition. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1540. Long v. Henson.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1541. Hawes v. Singer.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1542. State ex rel. Baptiste v. Reece.**
In Mandamus. On answer and motion for judgment on the pleadings of respondent. Motion for judgment on the pleadings granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1577. State ex rel. McGee v. Russo.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1607. State ex rel. Morris v. Cain.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1645. Saxon Mtge. Servs., Inc. v. Whitely.**
Summit App. No. 26739, 2013-Ohio-3221. On review of order certifying a conflict. The court determines that no conflict exists. Cause dismissed.
O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.
PFEIFER and O'NEILL, JJ., dissent.

**2013–1675. State v. Dominy.**
Franklin App. No. 13AP–124, 2013-Ohio-3744. On review of order certifying a conflict. The court determines that no conflict exists. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, and KENNEDY, JJ., concur.
LANZINGER, FRENCH, and O'NEILL, JJ., dissent.

## MOTION AND PROCEDURAL RULINGS

**2013–1543. Sullins v. Raycom Media, Inc.**
Cuyahoga App. No. 99235, 2013-Ohio-3530. On motion for leave to file additional briefing of Cuyahoga County Crime Stoppers. Motion denied.
PFEIFER and O'DONNELL, JJ., dissent.

**2013–1631. State v. Isreal.**
Warren App. No. CA2011–11–115, 2012-Ohio-4876. On motion for delayed appeal. Motion denied.
O'NEILL, J., dissents.